UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOSE CAMARENA-FAMILIA,<br><br>               Defendant. | 18 Cr. 649 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ordered to appear for a video conference on **June 8, 2021, at 3:30 p.m.** Access instructions will be provided in advance of the conference.

    SO ORDERED.

Dated:  May 20, 2021
            New York, New York

                                                                   KATHERINE POLK FAILLA
                                                                 United States District Judge