*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2021

**BY ECF**

The Honorable Katharine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Jose Camarena-Familia*, 18 Cr. 649 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter to request, with the consent of the defendant, that, in light of a scheduling conflict and to permit the parties additional time to discuss a potential plea, the conference presently scheduled for August 4, 2021, at 10:00 a.m., be rescheduled for a date and time convenient to the Court during the week of August 16, 2021. In light of the current status of the parties' plea discussions, we anticipate that the parties likely will request that the conference be converted to a change of plea hearing.

The Government also respectfully requests, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between August 4, 2021, and the date for which the conference is rescheduled.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  _____
Robert B. Sobelman
Assistant United States Attorney
(212) 637-2616

Cc:  John Zach, Esq. (by ECF)

Application GRANTED.  The conference scheduled for August 4, 2021, is ADJOURNED to **August 18, 2021, at 11:30 a.m.**

It is ORDERED that time is excluded under the Speedy Trial Act through August 18, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will permit the parties additional time to discuss a potential plea.

Dated:   July 27, 2021    SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE