UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>JOSE CAMARENA-FAMILIA,<br><br>                              Defendant. | 18 Cr. 649 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for August 18, 2021, at 11:30 a.m. is ADJOURNED to the same date at 2:00 p.m.  The conference will proceed in Courtroom 618 in the Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007.

SO ORDERED.

Dated:   August 9, 2021
         New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge