

November 3, 2021

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jose Camarena-Familia*, **18 Cr. 649 (KPF)**

Dear Judge Failla:

      We respectfully write to request that the Court briefly adjourn sentencing in this matter, which is presently scheduled for December 1, 2021, at 3:00 p.m.  This the first request for an adjournment and we are seeking approximately an additional two to three weeks.  The defendant and the Government are continuing to discuss various fact issues relevant to sentencing and need additional time to complete that work.  Counsel for the defendant is presently on trial (and just completed a full-day VOSR evidentiary hearing in another CJA criminal matter) and requires additional time to work through these matters with the Government.  The Government has no objection to this request.

      Respectfully submitted,

      _____s/ John Zach_____
      John T. Zach

Copy to:

Robert B. Sobelman (by ECF)

```
Application GRANTED.

The sentencing in this matter is ADJOURNED to January 7, 2022, at
3:00 p.m.

The Clerk of Court is directed to terminate the motion at docket
entry 46.
```

SO ORDERED.

Dated:  November 3, 2021
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com