...



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2022

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Jose Camarena-Familia*, 18 Cr. 649 (KPF)

Dear Judge Failla:

The Government respectfully submits this letter to request, with the consent of the defendant, that, in light of a scheduling conflict during the week of May 23, 2022 for Government counsel in connection with the trial scheduled to begin on May 16, 2022 in *United States v. Timothy Shea*, S2 20 Cr. 412 (AT), and a scheduling conflict during the following week for defense counsel in connection with another trial, the sentencing hearing presently scheduled for May 24, 2022, at 3:30 p.m., be rescheduled for a time convenient to the Court on June 6, 7, or 8, 2022.

The parties do not anticipate any further adjournment requests.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   *Robert B. Sobelman*
       Robert B. Sobelman
       Assistant United States Attorney
       (212) 637-2616

Cc:  John Zach, Esq. (by ECF)
      Waleska Suero Garcia, Esq. (by ECF)

Rev. 07.20.2016

Application GRANTED.  The sentencing in this matter is hereby ADJOURNED to **June 15, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 57.

Dated: May 4, 2022
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE