

July 14, 2022

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States v. Camarena-Familia*, 1:18-cr-00649-KPF-1

Dear Judge Failla:

The sentencing submission (ECF 61) and exhibits thereto (ECF 61-1 to 61-12) filed on July 1 contain sensitive information. We inadvertently filed the unredacted copies. Per ECF Rule 21.7 on mistakenly filing sensitive or confidential information, we have contacted the ECF Help Desk and now respectfully request that the Court seal the filed documents and seek permission from the Court to re-file the redacted versions. Please let us know if we may re-file.

Respectfully submitted,

/s/ Waleska Suero Garcia
**Waleska Suero Garcia**

Copy to:
AUSA Sobelman by ECF

---

```
Application GRANTED.  Defendant is authorized to file a redacted
version of his sentencing submission.

For the reasons stated above, the Clerk of Court is directed to
maintain docket entry 61 under seal, viewable only to the parties and
Court.  The Clerk of Court is further directed to terminate the
motion at docket entry 63.
```

                                                    SO ORDERED.

Dated:   July 14, 2022
         New York, New York                         *Katherine Polk Failla*

                                                    HON. KATHERINE POLK FAILLA
                                                    UNITED STATES DISTRICT JUDGE