UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOSE CAMARENA-FAMILIA,

Defendant.

---

18 Cr. 649 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On July 15, 2022, Defendant Jose Camarena-Familia was sentenced principally to a term of 78 months' imprisonment on Counts One and Two of Indictment 18 Cr. 649, to run concurrently.  (*See* Dkt. #7 (indictment), 67 (judgment); July 15, 2022 Minute Entry).

On March 18, 2024, Defendant filed a motion requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines, which amendment went into effect on November 1, 2023, and applies retroactively.  (Dkt. #69).  The United States Probation Department thereafter issued a supplemental presentence investigation report indicating that Defendant is not eligible for a sentence reduction under Amendment 821.  (Dkt. #70).[1]

---

[1] Specifically, while Defendant "has met all of the criteria and is eligible for the zero-point offender recalculation" pursuant to the amended USSG §4C1.1, Defendant is "precluded from a sentence reduction because the original sentence [78 months' imprisonment] was at or below the low end of the amended guideline range [97 months' to 121 months' imprisonment]."  (Dkt. #70 at 2-3).

The Court has considered the record in this case and Defendant's submission on his motion.  The Court finds that Defendant is ineligible for a reduction in his sentence because, while his Total Offense Level has been reduced by two points as a result of Amendment 821 (and, specifically, the zero-point offender recalculation), he is precluded from a sentence reduction because his original sentence was at or below the low end of the amended guideline range.  Accordingly, the Court DENIES his motion.

The Clerk of Court is directed to mail a copy of this Order and the accompanying AO 247 form to Defendant at the following address:

>JOSE CAMARENA-FAMILIA, #85926-054
>FCI ALLENWOOD LOW
>FEDERAL CORRECTIONAL INSTITUTION
>P.O. BOX 1000
>WHITE DEER, P.A. 17887

SO ORDERED.

Dated:  April 17, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge